IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Britton, Ronald | Case Number: 08 B 21530 |
|---|---|---|
| | Britton, Dorothy | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 8/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,442.31 | |
| Secured: | | 765.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,516.23 |
| Trustee Fee: | | 160.78 |
| Other Funds: | | 0.00 |
| Totals: | 2,442.31 | 2,442.31 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,361.50 | 1,516.23 |
| 2. | Home Plus Finance | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 45,520.96 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 19,384.89 | 765.30 |
| 5. | ACL Laboratories | Unsecured | 10.48 | 0.00 |
| 6. | ACL Laboratories | Unsecured | 2.29 | 0.00 |
| 7. | Nicor Gas | Unsecured | 171.35 | 0.00 |
| 8. | ACL Laboratories | Unsecured | 0.56 | 0.00 |
| 9. | Midnight Velvet | Unsecured | 40.00 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 245.00 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 205.13 | 0.00 |
| 12. | Holloway Credit Solutions | Unsecured | 19.46 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | Holloway Credit Solutions | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Central Financial Control | Unsecured | | No Claim Filed |
| | | | $ 68,961.62 | $ 2,281.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Britton, Ronald | Case Number: 08 B 21530 |
|---|---|---|
| | Britton, Dorothy | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 8/15/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 26.60 |
| 6.6% | 134.18 |
| | $ 160.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

